**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Elray ROGERS, a/k/a Elray Rodgers,**
**Defendant–Appellant.**

No. 01–7305.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Elray Rogers, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Elray Rogers seeks to appeal the district court's order denying his motion filed under 18 U.S.C. § 3742 (1994), that the district court properly construed as a motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). Because Rogers failed to obtain authorization from this court to file a successive § 2255 motion, the district court lacked jurisdiction to consider the motion.

28 U.S.C.A. § 2244 (West 1994 & Supp. 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. *United States v. Rogers*, Nos. CR–95–115; CA–98–633–2 (E.D. Va. filed June 25, 2001; entered June 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*